UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RONNIE L. BRIGGS,

    Plaintiff,

v.

BRIAN ADDENTON, et al.,

    Defendants.

Case No. 23-cv-04919-EMC

**ORDER OF DISMISSAL**

On September 19, 2024, the Court determined that the *pro se* prisoner's civil rights complaint in this action failed to state a claim upon which relief may be granted. Dkt. No. 7. The Court granted Plaintiff Ronnie L. Briggs leave to file an amended complaint no later than November 1, 2024, cautioning him that failure to file an amended complaint by the deadline would result in the dismissal of this action. *Id.* at 3. Plaintiff did not file an amended complaint, and the deadline by which to do so has long passed. Plaintiff did, however, submit correspondence that included the phrase "just let me have my SSI." Dkt. No. 8 at 1.

For the foregoing reasons, and the reasons stated in the order of dismissal with leave to amend, this action is DISMISSED for failure to state a claim upon which relief may be granted. The Clerk shall close the file and is requested to send Plaintiff a blank Social Security review form as a courtesy.

**IT IS SO ORDERED**.

Dated: December 10, 2024

_____
EDWARD M. CHEN
United States District Judge